# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In Re

Scott Michael Neil

Debtor(s)

Ramona Monique Neil

Plaintiff(s)

v.

Scott Michael Neil
Allyson Berkley

Defendant(s)

Chapter 7

Case No. 2:25-bk-04066-BKM

Adv. No. 2:25-ap-00241-BKM

**FILED**

## CERTIFICATE OF SERVICE

AUG 20 2025

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

I, Ramona Monique Neil certify that I am, and at all times during the service of process, was not less than 18 years of age.

I further certify that the service of this summons and a copy of the complaint was made on August 15, 2025 by:
(Date)

☑ Mail Service: Regular, first class Unites States mail, postage fully pre-paid, addressed to:

Scott Michael Neil          Allyson Berkley
17748 N. 93rd St.          17748 N. 93rd St.
Scottsdale, AZ 85255      Scottsdale, AZ 85255

Diane Drain
Law Office of
P.L. Drain, P.A.
2375 E. Camelback
Suite 600
Phoenix, AZ 85016

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]
(Name of State)

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

8/19/25
(Date)

(Signature)

Ramona Monique Neil
(Print Name)

19777 N. 76th St. #2154
(Business Address)

Scottsdale, AZ 85255
(City, State, Zip Code)

Summons Certificate of Service
11/30/06