| | |
|---|---|
| Katherine E. Anderson (030051)<br>katey@katherineandersonlaw.com<br>KATHERINE ANDERSON LAW PLLC<br>7508 N. 59th Avenue<br>Glendale, AZ 85301<br>Telephone: 602.459.4112<br>*Attorneys for Scott Neil and Allyson Berkley* | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Scott Michael Neil,<br><br>      Debtor,<br>─────────────────<br>Ramona Monique Neil,<br><br>      Plaintiff,<br>v.<br><br>Scott Michael Neil and Allyson Berkley,<br><br>      Defendants. | Chapter 7<br><br>Case No. 2:25-bk-04066-BKM<br><br>Adv. Case No. 2:25-ap-00241-BKM<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that in accordance with Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Katherine Anderson of Katherine Anderson Law PLLC hereby appears in the above-captioned proceedings on behalf of Scott Michael Neil and Allyson Berkley requests that all notices, documents and papers served or required to be served in this case be served as follows:

Katherine E. Anderson<br>
7508 N. 59th Avenue<br>
Glendale, AZ 85301<br>
Email: katey@katherineandersonlaw.com<br>
*Attorneys for Scott Neil and Allyson Berkley*

THIS NOTICE OF APPEARANCE AND REQUEST FOR SERVICE is without prejudice to any rights, remedies, and claims against other entities or any objections that may be made to the jurisdiction of venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of rights (1) to have final Orders in non-core matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in this case, or in any controversy or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) with respect to any other rights, claims, actions, set offs or recoupments that may be available in law or its equity, of which rights, claims, actions, defenses, set offs, and recoupments are expressly reserved.

Respectfully submitted this 28th day of August, 2025.

**KATHERINE ANDERSON LAW PLLC**

By: */s/ Katherine E. Anderson*
Katherine E. Anderson
*Attorneys for Scott Neil and Allyson Berkley*

**ORIGINAL FILED** with the Court this 28th day of August, 2025

**WITH A COPY** of the foregoing electronically delivered the
this same date via email to the following parties:

Ramona Monique Neil
19777 N. 76th Street, Apt 2154
Scottsdale, AZ 85255
Email: r.monique.neil@gmail.com

*/s/ Angela Arellano*