United States Bankruptcy Court
District of Arizona

NEIL,

    Plaintiff

NEIL,

    Defendant

Adv. Proc. No. 25-00241-BKM

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: admin     Page 1 of 1
Date Rcvd: Aug 26, 2025     Form ID: notvhrga     Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | ALLYSON BERKLEY, 17748 N. 93RD STREET, SCOTTSDALE, AZ 85255-6023 |
| pla | + | RAMONA MONIQUE NEIL, 19777 N 76TH ST., APT 2154, SCOTTSDALE, AZ 85255-4570 |
| dft | + | SCOTT MICHAEL NEIL, 17748 N 93RD STREET, SCOTTSDALE, AZ 85255-6023 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion14.px.ecf@usdoj.gov | Aug 27 2025 03:18:00 | U.S. TRUSTEE, OFFICE OF THE U.S. TRUSTEE, 230 NORTH FIRST AVENUE, SUITE 204, PHOENIX, AZ 85003-1725 |
| | + | Email/Text: ddrain@dianedrain.com | Aug 27 2025 03:18:00 | DIANE DRAIN, 2375 E. CAMELBACK RD, SUITE 600, PHOENIX, AZ 85016-3493 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2025     Signature:     /s/Gustava Winters

FORM notvhrga
REVISED 09/07/2022

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:                                          Case No.: 2:25−bk−04066−BKM

    SCOTT MICHAEL NEIL                    Chapter: 7
*Debtor(s)*

    RAMONA MONIQUE NEIL               Adversary No.: 2:25−ap−00241−BKM
*Plaintiff(s)*

*v.*

    SCOTT MICHAEL NEIL
     et al.
*Defendant(s)*

## NOTICE OF VIDEOCONFERENCE HEARING

A videoconference hearing in the above−captioned case will be held on **9/4/25** at **11:00 AM.** The **Honorable Brenda K. Martin** will consider and/or act upon the following matter(s) at the hearing:

MOTION TO ADMIT AUDIO RECORDING OF 341 MEETING AND CHASE SUBPOENA DOCUMENTS INTO THE RECORD FILED BY RAMONA NEIL

Any interested parties may appear via **https://www.zoomgov.com**, **hearing ID 160 2682 4273** and **passcode 427399**. Alternatively, interested parties may use the following hearing link:
https://www.zoomgov.com/j/16026824273?pwd=cklBTDRRZFRjcnZBaU4xZWhWZDZlZz09&omn=1608771902.

The Videoconference Hearing Guidelines, including detailed instructions for appearing by videoconference, are located on the Court's website at: https://azb.uscourts.gov/videoconference−hearing−guidelines.

PARTIES MAY APPEAR IN−PERSON OR VIA ZOOM.

Date: August 26, 2025

Address of the Bankruptcy Clerk's Office:        Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101               Khadijia V. White−Thomas
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov