United States Bankruptcy Court
District of Arizona

NEIL,
    Plaintiff

NEIL,
    Defendant

Adv. Proc. No. 25-00241-BKM

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: admin     Page 1 of 1
Date Rcvd: Sep 22, 2025     Form ID: pdf08a     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + RAMONA MONIQUE NEIL, 19777 N 76TH ST., APT 2154, SCOTTSDALE, AZ 85255-4570 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Katherine E. Anderson | on behalf of Defendant ALLYSON BERKLEY Katey@katherineandersonlaw.com |
| Katherine E. Anderson | on behalf of Defendant SCOTT MICHAEL NEIL Katey@katherineandersonlaw.com |

TOTAL: 2


# Amended Motion to Waive Adversary Complaint Filing Fee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:
**Scott Michael Neil**, Debtor.
Case No. 2:25-bk-04066-BKM
Chapter 7

**RAMONA MONIQUE NEIL,**
Plaintiff,

v.

**SCOTT MICHAEL NEIL,**
Defendant.

Adversary Case No. 2:25-ap-00241-BKM

**FILED**

SEP 10 2025

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

## AMENDED MOTION TO WAIVE ADVERSARY COMPLAINT FILING FEE

Plaintiff, **Ramona Monique Neil**, respectfully submits this Amended Motion to Waive the Adversary Complaint Filing Fee pursuant to **28 U.S.C. § 1930** and **Federal Rule of Bankruptcy Procedure 1006**, and in support states as follows:

### I. Background

1. Plaintiff filed an adversary complaint against the debtor on **August 11, 2025**.

2. At that time, Plaintiff submitted **Official Form B2810** ("Appearance of Child Support Creditor or Representative") in connection with her status as a domestic support obligation (DSO) creditor.

3. On August 12, 2025, the Court ordered Plaintiff to pay the **$350.00 adversary filing fee.**

4. On August 25, 2025, Plaintiff filed a **Motion to Waive the Adversary Filing Fee**, attaching as an exhibit a Family Court order awarding her **$15,000 in attorney's fees** incurred in connection with the enforcement of child support.

5. At the hearing held on September 4, 2025, the Court directed Plaintiff to **resubmit her motion together with Official Form B2810.**

6. Plaintiff now files this **Amended Motion** in compliance with the Court's instruction.

## II. Legal Standard

7. Under **28 U.S.C. § 1930(f)(1)**, a bankruptcy court may waive filing fees for qualifying individuals whose income is less than 150% of the poverty line and who are unable to pay in installments.

8. Additionally, **Federal Rule of Bankruptcy Procedure 1006(b)(1)** authorizes courts to permit installment payments or waive fees where equity and financial hardship so require.

9. Plaintiff is a domestic support creditor within the meaning of **11 U.S.C. §§ 101(14A), 507(a)(1)**, and her claim arises directly from family court proceedings enforcing child support.

## III. Supporting Grounds

10. Plaintiff was awarded **$15,000 in attorney's fees** by the Maricopa County Family Court in connection with child support litigation.

11. As of June 5, 2025, **$14,498** has been collected through income withholding, leaving an unpaid balance of **$502 plus statutory interest.**

12. The debtor also remains obligated to pay **$564 per month in ongoing child support.**

13. Plaintiff has incurred significant expenses in enforcing child support obligations and in defending against repeated litigation, which demonstrates financial hardship and the need for waiver of additional filing costs.

14. Waiver of the adversary filing fee is appropriate and equitable given Plaintiff's financial circumstances and her role as a domestic support creditor.

## IV. Relief Requested

WHEREFORE, Plaintiff respectfully requests that this Court:

1. **Grant this Amended Motion to Waive the Adversary Complaint Filing Fee** of $350.00;

2. In the alternative, permit Plaintiff to pay the filing fee in installments pursuant to Fed. R. Bankr. P. 1006(b)(2); and

3. Grant such other and further relief as the Court deems just and proper.

## Exhibits

- **Exhibit A:** Official Form B2810 (Appearance of Child Support Creditor or Representative)

- **Exhibit B:** Maricopa County Family Court Order Awarding $15,000 in Attorney's Fees

- **Exhibit C:** Itemized Statement of Balance Owed ($502 + interest; $564 ongoing monthly support)

Dated: September 8, 2025
Respectfully submitted,

*[signature]*

**Ramona Monique Neil**
19777 N 76th Street, #2154
Scottsdale, AZ 85255
Plaintiff, Pro Se

# EXHIBIT A

B2810 (Form 2810) (12/15)

# United States Bankruptcy Court

_____ District Of _Arizona_

In re _Scott Michael Neil_  Case No. _2:25-bk-04066-BKM_
    Debtor(s)

## APPEARANCE OF CHILD SUPPORT CREDITOR*
## OR REPRESENTATIVE

I certify under penalty of perjury that I am a child support creditor* of the above-named debtor, or the authorized representative of such child support creditor, with respect to the child support obligation which is set out below.

Name: _Ramona Monique Neil_
Organization:
Address: _19777 N. 76th St. #2154, Scottsdale, AZ 85255_
Telephone Number: _480-364-9466_

_9/8/25_     x _/s/ Ramona Monique Neil_
Date           Child Support Creditor* or Authorized Representative

---

**Summary of Child Support Obligation**

Amount in arrears:

$ _502.00 plus statutory interest_

Amount currently due per week or per month:
on a continuing basis:

$ _564.00 per month_
(per week) (per month)

If Child Support has been assigned:

    Amount of Support which is owed
    under assignments:

$ _0.00_

Amount owed primary child support
    creditor (balance not assigned):

$ _502.00 plus statutory interest_

Attach an itemized statement of account. Do not disclose the name of a minor child. See 11 U.S.C.
§ 112. If a social security number or a taxpayer identification number is included, set out only the
last four digits of the number. Judicial Conference Privacy Policy (09/01).

---

\* Child support creditor includes both creditor to whom the debtor has a primary obligation to pay child support
as well as any entity to whom such support has been assigned, if pursuant to Section 402(a)(26) of the Social
Security Act or if such debt has been assigned to the Federal Government or to any State or political subdivision
of a State.

EXHIBIT B

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

FC 2018-054127                           04/22/2025

HONORABLE CASSIE BRAY WOO          CLERK OF THE COURT
                                                           C. Chavin
                                                            Deputy

IN RE THE MATTER OF
RAMONA MONIQUE NEIL                  ROBERT S SINGER

AND

SCOTT MICHAEL NEIL                    DEANNA B SANDLER

                                                          DOCKET FC
                                                          JUDGE BRAY WOO

ORDER ON APPLICATION FOR ATTORNEY'S FEES AND COSTS

    On March 11, 2025, Petitioner/Mother filed an *Application for Attorney's Fees and Costs*. (CR 168.) On March 28, 2025, Respondent/Father filed a *Response*. (CR 169.) Respondent/Father objects to Mother's affidavit asserting that the entries are too vague, has excessive or duplicative billing entries, and includes entries for work on issues where Mother did not prevail.

    On February 25, 2025, this Court made the following findings:

> THE COURT FINDS that there is substantial disparity of financial resources between the parties. Because of the disparity Scott Neil has considerably more resources available to contribute toward Ramona Neil's attorney fees and costs.
>
> THE COURT FURTHER FINDS that Scott Neil acted unreasonably in the litigation. Specifically, Scott Neil acted unreasonably by doing the following: Father has acted unreasonably in calculating child support by failing to disclose his income (including timely disclosure of his tax information) and, thereby,

Case 2:25-ap-00241-BKM    Doc 30    Filed 09/22/25    Entered 09/24/25 21:42:30    Desc
Imaged Certificate of Notice    Page 8 of 12

requiring Mother to hire an expert to assess Father's income. Father has also acted unreasonably by asserting that he should be attributed no income during his period of unemployment after he closed his business, despite Father's past earning history and earning potential. Although Father asserts that he does not have any income, Father recently spoke to the Child about taking a vacation to Mexico. Father repeatedly failed to provide requested financial disclosure necessary to settle the matter. Father also requested Mother's credit card statements, despite Mother being able to provide W-2s reflecting her accurate income. (Ex. P45; Ex. P55.)

(CR 161, at 6-7.) Pursuant to A.R.S. § 25-324, the Court has considered and balanced the financial resources of both parties and the Father's unreasonableness as detailed in the February 25, 2025, Order.

Based on all of the foregoing,

**IT IS ORDERED** entering Judgment in favor of Petitioner/Mother, Ramona Monique Neil, and Singer Pistiner, P.C., and against Respondent/Father, Scott Michael Neil, for attorney fees and costs in the amount of $15,000.00.

**IT IS FURTHER ORDERED** that Respondent/Father, Scott Michael Neil shall pay Petitioner/Mother, Ramona Monique Neil, the attorney's fees and costs on, or before, **May 30, 2025**. If the full amount is not paid by **May 30, 2025**, interest shall accrue from that date forward at the legal rate of 8.5%.

**IT IS FURTHER ORDERED** entering final judgment pursuant to Rule 78(c), *Arizona Rules of Family Law Procedure*, as no further matters remain pending before the Court.

_/s/ Cassie Bray Woo_
THE HONORABLE CASSIE BRAY WOO
JUDICIAL OFFICER OF THE SUPERIOR COURT

All parties representing themselves must keep the Court updated with address changes. A form may be downloaded at: https://superiorcourt.maricopa.gov/llrc/fc_gn9/

# EXHIBIT C

# Itemized Statement of Balance Owed

**In re:** Scott Michael Neil, Case No. 2:25-bk-04066-BKM
**Adversary Proceeding No.:** 2:25-ap-00241-BKM
**Creditor:** Ramona Monique Neil

## Itemized Statement

1. On April 25, 2025, the Maricopa County Family Court awarded **$15,000 in attorney's fees** to Ramona Monique Neil in connection with enforcement of child support.

2. On June 5, 2025, a total of **$14,498** was collected through an **income withholding order (garnishment)**.

3. The **current unpaid balance is $502, plus statutory interest.**

4. The debtor also remains obligated to pay **$564 per month in ongoing child support**, as previously ordered by the Family Court.

5. The fact that Plaintiff was required to seek and obtain **$15,000 in legal fees to enforce child support rights**, and that collection was achieved only through garnishment, demonstrates the financial hardship and inequities surrounding these proceedings.

Respectfully submitted,

Date: September 8, 2025

*[signature]*

R. Monique Neil
19777 N 76th Street, #2154
Scottsdale, AZ 85255
Plaintiff, Pro Se

# CERTIFICATE OF SERVICE

I certify that on September 8, 2025, I caused a true and correct copy of the foregoing **Amended Motion to Waive Adversary Complaint Filing Fee** with attached Exhibits A–C to be served upon the following parties by U.S. Mail, postage prepaid:

**Katherine E. Anderson**
Katherine Anderson Law PLLC
7508 N. 59th Avenue
Glendale, AZ 85301
Counsel for Defendants Scott Michael Neil and Allyson Berkley

**Stanley J. Kartchner**
Chapter 7 Trustee
7090 N. Oracle Road #178-204
Tucson, AZ 85704

**Office of the United States Trustee**
230 N. First Ave, Suite 204
Phoenix, AZ 85003

Dated: September 8, 2025

Respectfully submitted,

*/s/ Ramona Monique Neil*

**Ramona Monique Neil**
19777 N 76th Street, #2154
Scottsdale, AZ 85255
Plaintiff, Pro Se